UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Lamar Hill                                    Docket No. 4:12-CR-15-1BO

## Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Lamar Hill, who, upon an earlier plea of guilty to Possession of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c), and Distribution of 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 18, 2012, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On March 5, 2015, the court reduced the term of custody from 84 months to 70 months as a result of the defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

Michael Lamar Hill was released from custody on April 17, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since his release from the Bureau of Prisons, Hill reported he has suffered with anxiety. Additionally, the defendant reported he received treatment for symptoms related to a heart attack at CarolinaEast Medical Center in New Bern, North Carolina, on June 4, 2017. The probation officer met with Hill at his residence on June 19, 2017, and discussed the anxiety he has been experiencing. The defendant agreed with the probation officer's recommendation that he may benefit from mental health counseling. Therefore, the probation officer respectfully recommends the conditions of supervision be modified to include mental health counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5105<br>Executed On: June 22, 2017 |

Michael Lamar Hill
Docket No. 4:12-CR-15-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 07 day of June, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge